United States District Court
Southern District of Texas
**ENTERED**
August 03, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:15-CR-762-1 & 2 |
| | § | |
| RICARDO MENDEZ and | § | |
| ERMIT MARIE DE LA TORRE | § | |
| . | § | |

### ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for August 4, 2016) is hereby reset for sentencing on October 18, 2016, at 9:00 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED this 3rd day of August, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge