IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 7:15-cr-00762-1 |
| § | |
| RICARDO MENDEZ § | |

## UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF THIS COURT:

**COMES NOW**, RICARDO MENDEZ, by and through his attorney of record AL ALVAREZ, and files this, his written Motion for Continuance herein, and in support of which states as follows:

### I.

The above referenced case has been set for Sentencing on Thursday, November 17th, 2016 at 10:30 a.m.

### II.

Defendant's attorney, **AL ALVAREZ,** has a scheduling conflict for November 17, 2016. Depositions have been set for civil cause number C-0172-14-D, ACE Primary Home Care, Inc. vs. Andrea Arredondo, Noelia Morin, Amanecer Primary Home Care, LLC. The depositions are for Defendants Andrea Arredondo and Noelia Morin. The depositions are to begin at 9:00 a.m. and at 1:00 p.m., respectively.

### III.

This motion for a continuance filed herein by this party is not made for the purpose of delay, but solely that justice may be done.

**WHEREFORE PREMISES CONSIDERED, ADOLFO AL ALVAREZ**, attorney for Defendant, prays that this Honorable Court issue its order granting a continuance herein.

Respectfully Submitted:

**LAW OFFICES OF AL ALVAREZ**
4409 NORTH MCCOLL
MCALLEN, TEXAS 78504
(956) 686-3700 *Telephone*
(956) 687-7075 *Telecopier*

*/s/ Al Alvarez*

ADOLFO AL ALVAREZ
STATE BAR NO. 01126850
FEDERAL BAR NO. 13319
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE AND CONFERENCE**

I hereby certify that a true and correct copy of the foregoing Unopposed Motion for Continuance has been electronically delivered to the United States Attorney's Office, Michael Edward Day, AUSA at 1701 West Bus. Highway 83, Suite 600, McAllen, Texas 78501, on this the 15th day of November, 2016.

I further certify that I conferred with Michael Edward Day, AUSA in charge of this case and he is **UNOPPOSED** to this continuance.

/s/ Al Alvarez
AL ALVAREZ