United States District Court
Southern District of Texas
**ENTERED**
November 30, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:15-CR-762-1 & 2 |
| | § | |
| RICARDO MENDEZ and | § | |
| ERMIT MARIE DE LA TORRE | § | |
| | § | |

## ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for December 1, 2016) is hereby reset for sentencing on December 7, 2016, at 2:30 p.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED this 30th day of November, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge